IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02849-GPG

AHMAD M. AJAJ, aka Ahmad Mohammad Ajaj,

     Plaintiff,

v.

UNITED STATES OF AMERICA,
DAVID BERKEBILE,
TARA HALL,
DERRICK JONES,
MICHAEL CUNDIFF,
JIM PELTON,
MITCHEL HOLLIDAY, and
TAMMY RUDA-SORRENTI,

     Defendants.

---

## SECOND ORDER TO FILE AN AMENDED PRISONER COMPLAINT

---

Before the Court are 1) "Plaintiff's Declaration and Motion to Be Allowed to Write His Amended Complaint Without Using the 'Prisoner Complaint' Form . . ." (ECF No. 10; April 13, 2016); 2) "Plaintiff's Motion for Clarification of the Court's Order Dated 3-21-2016" (ECF No. 11; April 14, 2016); 3) "Plaintiff's First Motion for '45' Days Extension of Time to File his Amended Complaint . . ." (ECF No. 12; April 14, 2016); and 4) "Plaintiff's Motion to Be Allowed to Attach Documentary Exhibits . . ." (ECF No. 13; April 14, 2016).   The Court ORDERS as follows:

**I.   "Plaintiff's Declaration and Motion to Be Allowed to Write His Amended Complaint Without Using the 'Prisoner Complaint' Form . . ."**

On March 21, 2016, the Court ordered Plaintiff to file an Amended Complaint compliant with the directions stated therein, within 30 days of the date of the Order. (ECF No. 9).   Plaintiff requests leave to not use the court-approved form Prisoner Complaint when preparing an amended pleading.   (ECF No. 10).   He alleges he has been unable to obtain the court-approved form, cannot make a copy of what he prepares, and cannot replace the form if he makes a mistake.   (*Id.*).   The Court notes that Plaintiff submitted the initial Prisoner Complaint on the required form, thereby demonstrating his ability to do so.   (ECF No. 1).   Plaintiff may handwrite two copies of an amended pleading if he requires a copy.   Plaintiff may also write in pencil to facilitate correcting errors, as long as the writing is legible and in compliance with D.C.COLO.LCivR 10.1. Further, the Court will direct the Clerk of Court to provide two copies of the Prisoner Complaint for Plaintiff's use.   Use of the court-approved form Prisoner Complaint is required by D.C.COLO.LCivR 5.1(c), and Plaintiff provides no substantiated reason to deviate from this Rule.

**II.   "Plaintiff's Motion for Clarification of the Court's Order Dated 3-21-2016"**

In the Motion for Clarification, Plaintiff asks if he may attach extra pages to list the names of defendants and to the section for identifying Parties.   (ECF No. 11).   He also inquires as to whether he must identify which "legal theories" asserted apply to which claims.   (*Id.*).   Regarding the issue of extra pages, Plaintiff is permitted to attach pages as needed, including any exhibits, up to a total length of no more than thirty pages. Pursuant to this Court's instructions for filing a Prisoner Complaint, "[a]bsent prior order of

the court, the total length of the Prisoner Complaint, including the form and all additional pages, may not exceed thirty pages."   At this time, Plaintiff is limited to an amended prisoner complaint of no more than thirty pages.

Further, Plaintiff is warned he must comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.   The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief.   *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989).   The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes.   *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992).   Specifically, Rule 8(a) provides that a complaint "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought. . ."   The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct."   Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules.   Prolix, vague, or unintelligible pleadings violate Rule 8.

Regarding the identification of "legal theories," as instructed in the first Order to File an Amended Prisoner Complaint (ECF No. 9), Plaintiff must explain what each defendant did to him, when the defendant did it, how the defendant's action harmed him, and ***what specific legal right he believes each defendant violated***.   *Nasious v. Two*

3

*Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).   The amended prisoner

complaint must include all claims that Plaintiff desires to assert against all named

Defendants.   If Plaintiff asserts claims against an individual in the body of the Amended

Complaint and intends to name them as a defendant, then Plaintiff must list that individual

as named defendant in the caption of the Amended Complaint.

### III.   "Plaintiff's First Motion for '45' Days Extension of Time to File his Amended Complaint . . ."

Plaintiff requests a 45-day extension of time to file an amended complaint.   (ECF

No. 12).   In light of the directions set forth herein, the Court will allow this extension.

### IV.   "Plaintiff's Motion to Be Allowed to Attach Documentary Exhibits . . ."

Plaintiff requests leave to attach "documentary exhibits that support his claims

against the defendants to his up-coming amended complaint."   (ECF No. 13 at 2).

Plaintiff may attach exhibits, but he is warned that it is his responsibility to present his

claims in a manageable and readable format that allows the Court and defendants to

know what claims are being asserted and to be able to respond to those claims.   As set

forth in the Order to File an Amended Prisoner Complaint (ECF No. 9), Plaintiff must

allege, simply and concisely, his specific claims for relief, including the specific rights that

allegedly have been violated and the specific acts of each defendant that allegedly

violated his rights.   Plaintiff is directed to present his claims in the space provided on the

court-approved Prisoner Complaint form and include relevant supporting factual

allegations for each claim in the space provided.   The Court and defendants are not

required to sift through attachments to locate the heart of each claim.   The general rule

that *pro se* pleadings must be construed liberally has limits and "the Court cannot take on

the responsibility of serving as the litigant's attorney in constructing arguments and searching the record." *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005).   The Motion is granted to the extent Plaintiff may include exhibits with his amended pleading subject to all afore-stated limitations, including the thirty-page limitation.

Accordingly, it is

ORDERED that "Plaintiff's Declaration and Motion to Be Allowed to Write His Amended Complaint Without Using the 'Prisoner Complaint' Form . . ." (ECF No. 10) is **DENIED**.   Plaintiff must use the court-approved form Prisoner Complaint to prepare an amended pleading.   It is

FURTHER ORDERED that the Clerk of Court is directed to mail to Plaintiff two court-approved form Prisoner Complaints and the accompanying instructions.   It is

FURTHER ORDERED that "Plaintiff's Motion for Clarification of the Court's Order Dated 3-21-2016" (ECF No. 11) is **GRANTED** as set forth herein.   It is

FURTHER ORDERED that "Plaintiff's First Motion for '45' Days Extension of Time to File his Amended Complaint . . ." (ECF No. 12) is **GRANTED**.   Plaintiff shall file, **within forty-five days from the date of this Minute Order**, an Amended Complaint that complies with this Order and the Order to File an Amended Prisoner Complaint entered March 21, 2016 (ECF No. 9).   It is

FURTHER ORDERED that Plaintiff's Motion to Be Allowed to Attach Documentary Exhibits . . ." (ECF No. 13) is **GRANTED** subject to the limitations and pleading requirements set forth herein.   It is

5

FURTHER ORDERED that if Plaintiff fails within the time allowed to file an amended prisoner complaint that complies with this Order and the Order to File an Amended Prisoner Complaint entered March 21, 2016 (ECF No. 9), the Court will address the claims as stated in the original Complaint pursuant to the federal rules of civil procedure and dismiss improper and insufficient claims accordingly.

DATED at Denver, Colorado, this 15th  day of   April , 2016.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge

6