IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 15-cv-02849-RM-KLM

AHMAD MOHAMMAD AJAJ,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

___

**ORDER**
___

    This matter is before the Court on the December 14, 2020, Order and Recommendation of United States Magistrate Judge Kristen L. Mix (ECF No. 224). The Magistrate Judge recommended (the "Recommendation") this case be administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 224, at page 3.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)

    The Court concludes that Magistrate Judge Mix's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* FED. R. CIV. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also*

*Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1) ACCEPTS and ADOPTS the Recommendation (ECF No. 224) to administratively close this action in its entirety;

(2) DIRECTS the Clerk to administratively close this action subject to reopening for good cause; and

(3) DIRECTS the Clerk to terminate all pending motions, in accordance with D.C.COLO.LCivR 41.2.[1]

DATED this 26th day of January, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

---

[1] Local Rule 41.2 provides that "[a]dministrative closure of a civil action terminates any pending motion. Reopening of a civil action does not reinstate any motion."